UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Supervised Release)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 2:99 CR 128 |
| ) | USM No.: 05917-027 |
| ROGER TAYLOR,  ) | |
| Defendant ) | Kerry C. Connor, Attorney for Defendant |

The Court finds the defendant guilty of all of the various violations of the conditions of his supervised release described in the summary report of the probation office.

The defendant is adjudicated guilty of these violations.

The defendant is sentenced as provided in pages 2 and 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's Residence and
Mailing Address:

October 12, 2006
Date of Imposition of Judgment

/s James T. Moody
James T. Moody, Judge
United States District Court

October 12, 2006
Date Signed

**Defendant: Roger Taylor**  **Judgment - Page 2**
**Cause No.: 2:99 CR 128**

## IMPRISONMENT

The defendant is hereby committed to the United States Bureau of Prisons to be imprisoned for a term of four (4) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal
By:_____
Deputy Marshal

**Defendant: Roger Taylor**  **Judgment - Page 3**
**Cause No.: 2:99 CR 128**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be discharged from any further term of supervised release.